**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **TAMEKIA PAIGE** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 23-CV-870-SDD-SDJ** |
| | * | |
| **ALLSTATE INSURANCE CO.** | * | |
| | * | |

## VOLUNTARY MOTION TO DISMISS WITHOUT PREJUDICE

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Tamekia Paige, who respectfully requests this Honorable Court grant her Voluntary Motion to Dismiss Without Prejudice for the reasons set forth herein.

Plaintiff filed suit on August 26, 2023 naming Allstate Insurance Company. Subsequent to the filing, counsel for Plaintiff was advised by opposing counsel that Allstate Insurance Company did not issue a policy which covers wind damages, but only administered a policy of flood insurance.

As such, Plaintiff respectfully requests this Honorable Court dismiss the matter without prejudice so that counsel for Plaintiff may attempt to locate the proper insurer and reurge this matter if they are able to locate a proper defendant.

**WHEREFORE**, Plaintiff respectfully requests this Honorable Court dismiss this matter without prejudice.

Respectfully submitted,
*/s/ Mark Ladd*
Mark R. Ladd (#30847)
mark@galindolaw.com
3850 N. Causeway Blvd., Ste. 1520
Metairie, LA 70002
Tel.: 713-228-3030
Fax: 713-228-3003
Galindo Law Firm
Hurricane@galindolaw.com